United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO RICO ESPINOZA,<br>　　Plaintiff,<br><br>v.<br><br>CARLOS GARZA, and<br>OMAR LUCIO, in his official capacity as<br>Sheriff of Cameron County.<br>　　Defendants. | §§§§§§§§§§ | Civil Action No. 1:19-cv-00226 |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 17). The R&R recommended the following: (1) dismiss the case as time-barred, and (2) close the case.

　　Objections were due April 22, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

　　As a result, Arturo Rico Espinoza's cause of action against Carlos Garza and Omar Lucio is **DISMISSED**. The Clerk of the Court is **ORDERED** to close this case.

　　　　　　　　　　　　　　　　　　　　Signed on this **8th** day of **May**, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Rolando Olvera
　　　　　　　　　　　　　　　　　　　　United States District Judge